Núm. 989.—Santiago, recurrente *v.* Registrador, recurrido.—　　　　　　　　　　　　　Julio 23, 1937.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Por cuanto, el presente recurso fué radicado en la Secretaría de esta Corte Suprema el día 8 de marzo de 1937, sin que se acompañara al mismo escrito o alegato alguno exponiendo las razones o motivos que pueda tener la recurrente para solicitar la revocación de la nota recurrida, ofreciendo la recurrente radicar su alegato dentro de los diez días subsiguientes;

Por cuanto, con fecha 19 de marzo de 1937 se concedió a la recurrente una prórroga que habría de vencer el 17 de abril de 1937 para radicar su alegato, sin que hasta la fecha lo haya radicado;

Por cuanto, la recurrente fué citada para comparecer ante esta corte el día 19 de julio de 1937, a las 2 P. M., a exponer las razones que puedan existir para que el recurso no deba ser desestimado por abandono, sin que dicha recurrente compareciera a la hora indicada o excusara su ausencia;

Por cuanto, examinado el alegato radicado por el registrador recurrido nos convence de que dicho funcionario no cometió error en la calificación del documento presentado al registro por la recurrente.

Por lo tanto, se declara sin lugar el recurso y se confirma la nota recurrida.